[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15816

_____

D.C. Docket No. 8:13-cv-01215-VMC-TGW

KRISTINE BODY,

Plaintiff-Appellant,

versus

SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 6, 2015)

Before TJOFLAT and HULL, Circuit Judges, and HALL,[*] District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court finds no reversible error in the district court's grant of the defendant's motion for summary judgment on the plaintiff Kristine Body's employment discrimination and hostile work environment claims against the defendant Secretary, Department of Veterans Affairs. Accordingly, we affirm the district court's final judgment in favor of the defendant.

**AFFIRMED.**

---

[*]Honorable J. Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.